IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMARA E. HILL** | : | Civil No. 1:17-CV-508 |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA, et al.** | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 3rd day of March, 2022, upon consideration of Defendant Westinghouse Electric Corporation's motion for summary judgment (Doc. 74), **IT IS HEREBY ORDERED** that the motion is **GRANTED,** and that all outstanding motions in limine (Docs. 74, 80, 82, 84, 85, 86, 87, 88, 89, 90, 91, 92, 108) are **DENIED** as moot. The Clerk of Court is directed to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge